**STATEMENT OF FACTS**

On Thursday, May 30, 2019 at approximately 1345 hours, members of the U.S. Marshal Service were in the 900 block of Decatur Street Northwest in Washington, D.C., attempting to locate a wanted individual identified as D'Angelo Hamilton (Defendant Hamilton).

While conducting surveillance, Deputy U.S. Marshal Timothy Writt and other members of the team observed Defendant Hamilton within the block. Officers conducted a stop on Defendant Hamilton, who was subsequently placed under arrest for his active arrest warrant for a Parole Violation, Warrant No. 190704301971C. During a search incident to arrest, officers recovered a firearm from the front waist area of Defendant Hamilton.

The firearm was determined to be a black in color, Glock 42, .380 caliber with a serial number of ACSN287, loaded with one (1) round in the chamber and five (5) rounds in an unknown round capacity magazine.

A WALES/NCIC check of Defendant Hamilton revealed he did not have a license to possess a firearm in the District of Columbia. Defendant Hamilton has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Hamilton through the National Crime Information Center confirmed that the defendant had a prior felony conviction in the District of Columbia Superior Court, Criminal Case No. 2015CF3000354. There are no firearms manufactured in the District of Columbia.

_____
DEPUTY TIMOTHY WRITT
UNITED STATES MARSHALS SERVICE

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF MAY, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE